**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**CLIFTON H. ATKINSON** **PLAINTIFF**

**V.** **CIVIL ACTION NO.:3:11cv519TSL-MTP**

**KING EDWARD TENANT, LLC** **DEFENDANT**

**AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE**

THIS CAUSE having come before the Court on the Motion *ore tenus* of the parties for an agreed final judgment dismissing the above-captioned matter and any and all of the Plaintiff's claims against King Edward Tenant, LLC, and the Court, being advised in the premises and by the signatures hereinbelow that the matters contained herein are admitted by agreement, and further finding that said Motion is well taken and should be granted in accordance with the terms and provisions herein,

IT IS, HEREBY ORDERED AND ADJUDGED that the above captioned matter is dismissed with prejudice. The Court furthermore expressly finds and determines that there is no just reason for delay and this order is entered as a final judgment in accordance with F.R.C.P. 54(b), and the Clerk is directed to enter this judgment as a final judgment on the general docket, Minute Book, and other such books and records as may be maintained pursuant to statute, rules or orders and in accordance with F.R.C.P. 54.

SO ORDERED AND ADJUDGED this the 30th day of May, 2012.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE

AGREED AND APPROVED:

s/ ***Charles Edwards***
Charles Edwards
Attorney for Plaintiff

s/ ***Timothy D. Moore***
Timothy D. Moore, Attorney for
King Edward Tenant, LLC